```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


ANGELA MILLER                    )
                                 )
v.                               )       NO. 3:10-0384
                                 )       JUDGE ECHOLS
DOJI, INC.                       )
```

### O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE