IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA MILLER )
) No. 3-10-0384
v. )
)
DOJI, INC. )

## O R D E R

Pursuant to the order entered May 18, 2010 (Docket Entry No. 14), counsel for the parties called the Court on May 24, 2010, at which time they advised that plaintiff's counsel anticipates scheduling an inspection of the defendant's property at the same time as inspections in five other related cases in hopes that the parties can reach an early settlement in this case.

Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, July 7, 2010, at 11:30 a.m.,** to be initiated by defendant's counsel, to address whether the plaintiff has inspected the defendant's property and, if not, when such inspection is scheduled, the potential for early settlement, and when the parties believe they will know whether or not an early settlement can be reached.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge