IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA MILLER )
) No. 3-10-0384
v. )
)
DOJI, INC. )

O R D E R

Pursuant to the order entered July 12, 2010 (Docket Entry No. 19), counsel for the parties called the Court on October 27, 2010, at which time they advised that they had conducted a site inspection 5-6 weeks ago, but that the plaintiff's expert had not yet provided a report. Once plaintiff's counsel receives the expert report, the plaintiff will relay a settlement proposal to the defendant.

Counsel for the parties shall convene another telephone conference call with the Court on **Thursday, December 9, 2010, at 1:00 p.m.,** to be initiated by defendant's counsel, to address whether the parties have a reached a full settlement in this case, and, if not, whether and when they believe they will be able to do so.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge