IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA MILLER )
) No. 3-10-0384
v. )
)
DOJI, INC. )

O R D E R

Pursuant to the order entered December 13, 2010 (Docket Entry No. 22), counsel for the parties called the Court on January 5, 2011, at which time they advised, although they had reached a settlement on many issues in the case, they have not been able to reach a total settlement.

As a result, the following scheduling deadlines are established:

1. All discovery shall be completed by June 1, 2011.

2. Any motions to amend the pleadings shall be filed by June 1, 2011.

3. Any discovery motions shall be filed by June 1, 2011.

4. Any dispositive motion shall be filed by August 15, 2011. Any response shall be filed within 30 days of the filing of the motion or by September 14, 2011, if the motion is filed on August 15, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by September 28, 2011, if the response is filed on September 14, 2011.[1]

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable John T. Nixon.

There shall be no stay of discovery before the June 1, 2011, deadline for completion of discovery even if a dispositive motion is filed prior thereto.

5. Counsel of the parties shall convene a telephone conference call with the Court on **Thursday, March 3, 2011, at 1:00 p.m.,** to be initiated by counsel for the defendant, to address the

---

[1] The parties may file cross motions for summary judgment. In that event, it may not be necessary for the parties to file replies.

status of settlement discussions, scheduling a trial date and establishing any other scheduling deadlines.[2]

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[2] For instance, deadlines for expert disclosures were not specifically addressed on January 5, 2011. Although the Court assumes that the June 1, 2011, deadline for completion of discovery covers both fact and expert discovery, counsel can confirm that assumption or address scheduling an additional deadline for completion of expert discovery.