IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA MILLER )
) No. 3-10-0384
v. )
)
DOJI, INC. )

O R D E R

On February 1, 2011, plaintiff's counsel filed a Suggestion of Death of the plaintiff (Docket Entry No. 24).

Counsel for the parties shall convene a telephone conference call with the Court on **Friday, February 11, 2011, at 2:00 p.m., central time,** to be initiated by defendant's counsel, to address the impact of the plaintiff's death on this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge