IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA MILLER )
) No. 3-10-0384
v. )
)
DOJI, INC. )

O R D E R

Pursuant to the order entered February 2, 2011 (Docket Entry No. 25), counsel for the parties called the Court on February 11, 2011, at which time plaintiff's counsel advised that, by February 14, 2011, he will be able to determine how and if he will proceed in this case.

Plaintiff's counsel shall so advise defendant's counsel as soon as possible thereafter and, assuming plaintiff's counsel does so at least by February 16, 2011, and advises that he will not oppose a motion to dismiss, the defendant shall have until March 2, 2011, to file an unopposed motion to dismiss. If no such motion is filed by March 2, 2011, further proceedings will be scheduled.

If, on the other hand, plaintiff's counsel determines that he will proceed in this action and attempt to substitute or add a plaintiff, he shall notify defendant's counsel, and they shall schedule a conference call with the Court.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge