IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANGELA MILLER )
) No. 3-10-0384
v. )
)
DOJI, INC. )

O R D E R

On March 2, 2011, the defendant filed an unopposed motion to dismiss (Docket Entry No. 27).

As a result, the telephone conference call, scheduled by order entered January 6, 2011 (Docket Entry No. 23), on March 3, 2011, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the defendant's unopposed motion to dismiss.[1]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] In the motion, the defendant referred to an accompanying memorandum and an attached proposed order, but no memorandum or proposed order was filed with the motion.